IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CASE NUMBER: 1:14CR030 |
| JARON JERMAINE WALLACE | ) | |

IN RE: WILLIAM J. SUSSMAN APPLICATION FOR LEAVE OF ABSENCE

## ORDER

**HAVING BEEN READ AND CONSIDERED**, the foregoing Application for Leave of Absence, said Leave of Absence is hereby granted to Applicant, William J. Sussman, for the following dates:

**Thursday, October 9, 2014 through and including Monday, October 13, 2014 for family vacation**

**Monday, November 24, 2014 through and including Monday, December 1, 2014 for family vacation**

**Thursday, December 18, 2014 through and including Wednesday, January 7, 2015 for family vacation**

and applies to all proceedings of any kind including but not limited to any depositions and hearings which might be scheduled or noticed in the above case.

SO ORDERED this 29th day of August, 2014.

_____
J. RANDAL HALL
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA